UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD BANKSTON                               CIVIL ACTION

VERSUS                                        NO. 15-1222

STATE OF LOUISIANA ET AL.                     SECTION "N" (2)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 6, 2015 (Rec. Doc. No. 39), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 23rd day of November, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE